# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

April 8, 2024

_____

NOTICE

_____

No. 24-1225, In re: Aqueous Film-Forming Foams Products
2:18-mn-02873-RMG, 2:23-cv-03230-RMG

No. 24-1270, In re: Aqueous Film-Forming Foams Products
2:18-mn-02873-RMG, 2:23-cv-05979-RMG

**RESPONSE/ANSWER DUE: 04/18/2024**

TO: Counsel

This court currently has two appeals arising out of the same multidistrict litigation Case No. 2:18-mn-02873-RMG. The parties are directed to provide their views on how these appeals should proceed regarding consolidation.

Responses must be filed by the response due date shown in this notice.


Kirsten Hancock, Deputy Clerk
804-916-2704