May 2, 2024

_____

RESPONSE REQUESTED

_____

No. 24-1270,   <u>In re: Aqueous Film-Forming Foams Products</u>
              2:18-mn-02873-RMG, 2:23-cv-05979-RMG

TO:   State of South Carolina ex rel Alan Wilson, Attorney General

**RESPONSE DUE: 05/13/2024**

Response is required to the motion to consolidate case on or before 05/13/2024.

Kirsten Hancock, Deputy Clerk
804-916-2704