UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1218(L)
(1:23-cv-01836-RDB)

_____

STATE OF MARYLAND

    Plaintiff - Appellee

v.

3M COMPANY

    Defendant - Appellant

and

CORTEVA INC.; DUPONT DE NEMOURS INC.; EIDP, INC., f/k/a E.I. Dupont De Nemours & Company, Incorporated; CHEMOURS COMPANY

    Defendants

_____

No. 24-1270
(2:18-mn-02873-RMG)
(2:23-cv-05979-RMG)

_____

In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION

------------------------------

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, in his official capacity as Attorney General of the State of South Carolina

    Plaintiff - Appellee

v.

3M COMPANY

    Defendant - Appellant

and

CORTEVA INC.; DUPONT DE NEMOURS INC., New DuPont; EIDP, INC., f/k/a E. I. DuPont De Nemours & Company, Old DuPont; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC

    Defendants

------

O R D E R

------

Upon consideration of submissions relative to the motions to consolidate, the court grants the motions and consolidates Case No. 24-1218 and Case No 24-1270.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk