FILED: May 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1218 (L)
(1:23-cv-01836-RDB)
_____

STATE OF MARYLAND

       Plaintiff - Appellee

v.

3M COMPANY

       Defendant - Appellant

 and

CORTEVA INC.; DUPONT DE NEMOURS INC.; EIDP, INC., f/k/a E.I. Dupont De Nemours & Company, Incorporated; CHEMOURS COMPANY

       Defendants

_____

No. 24-1270
(2:18-mn-02873-RMG)
(2:23-cv-05979-RMG)
_____

In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION

------------------------------

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, in his official capacity as Attorney General of the State of South Carolina

  Plaintiff - Appellee

v.

3M COMPANY

  Defendant - Appellant

 and

CORTEVA INC.; DUPONT DE NEMOURS INC., New DuPont; EIDP, INC., f/k/a E. I. DuPont De Nemours & Company, Old DuPont; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC

  Defendants

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. Accordingly, the court denies the petition for rehearing en banc.

      For the Court

      /s/ Nwamaka Anowi, Clerk